UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHARLES M. FORGEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:11-cv-397 |
| | ) |
| MIDLAND FUNDING, LLC., | ) |
| CHRISTOPHER M. MANHART, | ) |
| DOES 1 THROUGH 10, | ) |
| | ) |
| Defendants. | ) |

To the Clerk of this court and all parties of record:

    I, the below signed, state that pursuant to N.D. Ind. L.R. 83.5, I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for MIDLAND FUNDING, LLC., and CHRISTOPHER M. MANHART.

    Date:  October 28, 2011

    Respectfully submitted,

    Bowman, Heintz, Boscia & Vician, P.C.

    By:  /s/ Glenn S. Vician
        Glenn S. Vician
        Bowman, Heintz, Bosica & Vician, P.C.
        8605 Broadway
        Merrillville, IN 46410
        Phone: (219) 769-6671
        Email: glennsvician2@bhbvonline.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CHARLES M. FORGEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cv-397 |
| | ) | |
| MIDLAND FUNDING, LLC., | ) | |
| CHRISTOPHER M. MANHART, | ) | |
| DOES 1 THROUGH 10, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I certify that on the 28th day of October, service of a true and complete copy of the foregoing Appearance was filed electronically using the CM/ECF court filing system. Notice of this filing will be sent to the following parties via U.S. mail with sufficient postage affixed:

*Plaintiff:*
**Charles M. Forgey**
56729 Summit Park Drive
Elkhart, IN 46516
Phone: (574) 295-1648

        Respectfully submitted,

        Bowman, Heintz, Boscia & Vician, P.C.

        By:  /s/ Glenn S. Vician
           Glenn S. Vician
           Bowman, Heintz, Bosica & Vician, P.C.
           8605 Broadway
           Merrillville, IN 46410
           Phone: (219) 769-6671
           Email: glennsvician2@bhbvonline.com